No. 14-1646

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

TRANSWEB, LLC,

*Plaintiff-Appellee*,

v.

3M INNOVATIVE PROPERTIES COMPANY AND 3M COMPANY,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of New Jersey in Case No. 10-cv-04413, Judge Faith S. Hochberg

**DEFENDANTS-APPELLANTS 3M INNOVATIVE PROPERTIES COMPANY AND 3M COMPANY'S NOTICE OF INTENT TO FILE A CORRESPONDING BRIEF ON CD-ROM**

MARK C. FLEMING
SARAH B. PETTY
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

SETH P. WAXMAN
THOMAS G. SAUNDERS
KENNETH H. MERBER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000

*Attorneys for Defendants-Appellants
3M Innovative Properties Company
and 3M Company*

August 22, 2014

Pursuant to Federal Circuit Rule 32(e), Defendants-Appellants 3M Innovative Properties Company and 3M Company ("3M") hereby provide notice of intent to file a corresponding brief on CD-ROM in addition to filing a paper brief. The undersigned counsel for 3M has conferred with counsel for Plaintiff-Appellee TransWeb LLC, who indicated that TransWeb consents to 3M's filing of a corresponding brief on CD-ROM.

        Respectfully submitted,

        /s/ Thomas G. Saunders
SETH P. WAXMAN
THOMAS G. SAUNDERS
KENNETH H. MERBER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000

MARK C. FLEMING
SARAH B. PETTY
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Attorneys for Defendants-Appellants 3M Innovative Properties Company and 3M Company*

August 22, 2014

# CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of August, 2014, I filed the foregoing Defendants-Appellants 3M Innovative Properties Company and 3M Company's Notice of Intent To File a Corresponding Brief on CD-ROM with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Thomas G. Saunders
THOMAS G. SAUNDERS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000
