NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**TRANSWEB, LLC,**

*Plaintiff – Appellee,*

**v.**

**3M INNOVATIVE PROPERTIES COMPANY, 3M COMPANY,**

*Defendants – Appellants.*

_____

14-1646

_____

Appeal from the United States District Court for the District of New Jersey in No. 2:10-cv-04413-FSH-JBC, Judge Faith S. Hochberg.

_____

ON MOTION

U̲ ̲O̲ ̲R̲ ̲D̲ ̲E̲ ̲R

The parties jointly move for an extension of time, until November 3, 2014, to file the appellants' principal brief, and for an extension of time, until January 29, 2015, to file the appellee's principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.


                                                    FOR THE COURT

September 5, 2014              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


cc: Harold Avrum Barza I
Mark Christopher Fleming
Kenneth Hugh Merber
Sarah B. Petty
Valerie Roddy
Thomas Saunders
Philip Charles Sternhell
Seth P. Waxman
Sanford Ian Weisburst
Michael Ernest Williams